AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of | ) |
| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT: 4249 MICHIGAN AVENUE APT. 508, ST LOUIS , MISSOURI 63111 AND 2012 LIGHT BLUE CHEVROLET CRUZE BEARING LICENSE PLATE GD9D7Y AND VEHICLE IDENTIFICATION NUMBER 1G1PC5SH9C7220280 | ) ) ) ) ) ) |

Case No.     4:20 MJ 8087 SRW

**SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS**

## APPLICATION FOR A SEARCH WARRANT

I, ___TFO Christopher Koester___ , a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

SEE ATTACHMENT A

located in the _____EASTERN_____ District of _____MISSOURI_____ , there is now concealed

SEE ATTACHMENT B - ITEMS TO BE SEIZED AND SEARCHED

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18:1951 | Hobbs Act Robbery |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

**I state under penalty of perjury the forgoing is true and accurate.**

_____     11/9/2020
*Applicant's signature*

Christopher Koester, TFO, St. Louis County Police Dept./FBI
*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:     November 9. 2020

_____
*Judge's signature*

City and state:   St. Louis, MO

Honorable Stephen R. Welby, U.S. Magistrate Judge
*Printed name and title*

AUSA:  BOYCE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT: 4249 MICHIGAN AVENUE APT. 508, ST LOUIS , MISSOURI 63111 AND 2012 LIGHT BLUE CHEVROLET CRUZE BEARING LICENSE PLATE GD9D7Y AND VEHICLE IDENTIFICATION NUMBER 1G1PC5SH9C7220280 | Case No. 4:20 MJ 8087 SRW **SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS** <u>**Filed Under Seal**</u> |

<u>**AFFIDAVIT IN SUPPORT OF**</u>
<u>**AN APPLICATION FOR A SEARCH WARRANT**</u>

I, Christopher Koester, being first duly sworn, hereby depose and state as follows:

<u>**INTRODUCTION AND AGENT BACKGROUND**</u>

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as **4249 Michigan Avenue Apartment 508, St. Louis, Missouri 63111** (hereinafter the "**PREMISES**") and a 2012 light blue Chevrolet Cruze, bearing license plate MO GD9-D7Y, VIN 1G1PC5SH9C7220280 (hereinafter the "**SUBJECT VEHICLE**"),** both further described in Attachment A, for the things described in Attachment B.

2.      I am a Task Force Officer with the Federal Bureau of Investigation ("FBI"), and have been since 2019. I am currently assigned to the St. Louis Division Violent Crime Task Force. During the course of my law enforcement career, I have participated in numerous investigations of violent crime, including, but not limited to, Homicides, robberies/larcenies, burglaries, fugitive investigations.  I am familiar with and have used normal methods of investigation, including, but not limited to, visual surveillance, questioning of witnesses, search and arrest warrants, informants,

precision location information, confidential sources and undercover agents, and GPS devices tracking in or on vehicles. I am also familiar with and have utilized historic cellular telephone records to further investigations.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      I believe the violations of title 18, United State code, Section 1951 (Hobbs Act robbery) committed between the date of September 13, 2020 through September 20, 2020 have been committed by **Kammeron DAVIS**.  There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## LOCATION TO BE SEARCHED

5.      The locations to be searched is:

**2012 Light Blue Chevrolet Cruze, MO Plate GD9 D7Y, VIN 1G1PC5SH9C7220280;**

**4249 Michigan Avenue Apartment 508, St. Louis, Missouri 63111,** a single bedroom studio apartment located in the apartment complex named Chapel View apartments, and any on-site storage areas allotted to the occupants of Apartment 508. The Premises is described Attachment A.

2

**PROBABLE CAUSE**

6.       On September 13, 2020, at approximately 10:52 A.M., a male Subject entered a
Penn Station Restaurant (a commercial establishment engaged in interstate or foreign commerce
and in the business of buying and selling articles and commodities that have been previously
transported in interstate or foreign commerce) located at 3824 Hampton Avenue, St. Louis,
Missouri within the Eastern District of Missouri, and committed an armed robbery. The Subject
was described by witnesses as a black male with a dark complexion, approximately 5'9" to 5'10"
weighing approximately 150 to 160 pounds. Subject was wearing a black jacket, white shirt,
black jogging pants, a red baseball hat, and black and white shoes. Subject was also wearing a
black surgical mask. The Subject entered the Penn Station and approached the counter and
ordered a sandwich from an Employee 1. Employee 1 then placed the order on the cash register
and turned their back from the Subject. Approximately one minute after the order was placed the
Subject came behind the counter and approached Employee 1 with a black handgun. The Subject
then approached and grabbed Employee 1 by the shirt. The Subject demanded Employee 1 open
the safe behind the counter. Employee 1 compiled and opened the safe, Subject took money from
the safe. The Subject ordered both employees to the ground then the Subject demanded the cell
phones of Employee 1 and Employee 2. Subject then took Employee 2's cell phone. The Subject
then opened a rear door of the building and exits. Subsequent to the robbery, employees of the
Penn Station restaurant conducted an audit and determined the loss was approximately $1,288.
Law enforcement received digital surveillance video documenting the robbery and processed the

3

crime scene for forensic evidence. The surveillance video captured the following image of the Subject:



7.      Further review of the surveillance video revealed the Subject approached the rear of the business on foot by walking in an alleyway.  On September 22, 2020 FBI St. Louis retrieved digital surveillance video from 3800 Hampton Ave. St. Louis, Missouri.  Review of the video revealed a light blue, Chevrolet four door vehicle with heavy front end damage approach the victim location near the time of the robbery. In the video the suspect exits the vehicle, approaches the victim business on foot via an alleyway, departs the victim location and returns to vehicle to depart. Comparison of the individual captured in the victim business surveillance video and the video secured from 3800 Hampton confirmed the individual in both videos is

wearing the same red hat, white topped shoes, face mask, and dark colored pants and jacket. The video cameras captured the following image of the **SUBJECT VEHICLE**:



8.      On September 16, 2020, at approximately 14:14 P.M., a male Subject entered the Subway Restaurant located at 7249 Manchester Rd., Maplewood, Missouri, and committed an armed robbery. The Subject was described by witnesses as a black male, approximately 5'10" tall and 170lbs. The Subject was wearing a black jacket, black pants, a white t-shirt, and a

5

maroon baseball cap. The Subject also was wearing a black face mask. Two employees were present during the robbery. The Subject entered the store, approached the counter and ordered a sandwich from Employee 1. While standing at the counter the Subject asked if Employee 1 was the manager and asked if the store was currently hiring. Employee 1 noted the Subject looking behind the counter and towards the rear of the dining area. The Subject walked toward the front doors of the business and began looking out the window. The Subject then removed a black semi-automatic handgun from the waistband of their pants and pointed it at Employee 2 who was sweeping the dining room floor. The Subject told Employee 2 to get on the ground. Employee 2 began swinging his broom at the Subject. The Subject then racked the slide of his handgun to chamber a round. The Subject then continued to shout at Employee 2 to get on the ground. The encounter lasted approximately 15-20 seconds. The Subject then retreated out the front doors of the business. Both employees chased after the Subject as he fled on foot north of the building through a parking lot. Employee 1 observed the Subject enter a light blue Chevrolet or Toyota four door vehicle with no license plates attached. Law enforcement received digital surveillance

video inside of the Subway restaurant which depicted all the acts recalled by the employees accurately. Surveillance video captured the following image of the Subject:



9.      Canvas by Law Enforcement of the neighboring business revealed surveillance cameras facing the parking lot where the Subject fled. Law enforcement collected digital video as evidence from the business and observed the Subject driving what appeared to be a light blue four door vehicle with a damaged font end. The video surveillance depicted all acts recalled by

the employees accurately. The surveillance video captured the following image of the

**SUBJECT VEHICLE**:



10.      On September 16, 2020, at approximately 14:30 P.M. a male Subject entered a

Subway restaurant located at 6916 Chippewa Street, St. Louis, Missouri, and committed an

armed robbery. The Subject was described by witnesses as a black male, between the ages of 25

and 35 years, wearing a black jacket, a black mask and a red hat. The Subject entered the

restaurant and ordered a sandwich from Employee 1. The Subject then jumped over the counter

and brandished a black handgun. Employee 1 ran to the back of the restaurant where Employee 2

was located. The Subject ordered Employee 2 to open the cash register. Employee 2 complied

and removed the cash drawer from the register. Employee 2 refused to remove the money from

drawer. The Subject removed the money from the drawer and ordered both employees into the

back of the store. The Subject then jumped back over the counter and fled the business on foot.

Law enforcement received digital surveillance video documenting the robbery and processed the

crime scene for forensic evidence. The surveillance video was consistent with the information provided by the employees. The surveillance video captured the following image of the Subject:



11.    Law enforcement canvassed the neighboring businesses for further surveillance footage and received a recording of the Subject approaching the Subway restaurant on foot. The surveillance video captured the following image of the Subject:

9



12.    Review of traffic cameras operated by St. Louis Metropolitan Police

Department revealed the **SUBJECT VEHICLE**, a light blue four door with heavy front end

damage, was identified at the intersection of McCausland and Arsenal at approximately 14:19

P.M. This intersection is enroute between the Subway located at 7249 Manchester Rd.,

Maplewood, Missouri and the second location of 6916 Chippewa Street, St. Louis, Missouri. The

time between events was approximately 15 minutes apart; total distance between the two

locations is approximately 2.3 miles.

The traffic camera captured the following  image of the vehicle:



13.     On September 20, 2020, at approximately 10:20 A.M., a two male subjects

entered the Subway Restaurant, located at 1151 South Kingshighway  Boulevard, St. Louis City,

11

Missouri, and committed an armed robbery. Employee 1 stated they had finished a drive through order and turned around to two black males had entered the store without their knowledge. Subject 1 jumped over the counter and walked towards her with a gun. Suspect 1 then yelled her to open the safe, the employee stated they did not know the code to the safe. Subject 1 then proceeded to the rear of the store and attempted to open the office door; however, the office door was locked. After attempting to open the locked door Suspect 1 walked to the register near the drive through window and inquired on how to get into the cash register. Subject 1 then grabbed the change machine till and jumped back over the counter. After taking the coin machine both Subject 1 and Subject 2 exited the business. Law enforcement received digital surveillance video documenting the robbery and processed the crime scene for forensic evidence. The quality of the retrieved video is poor; in the surveillance video a car resembling the **SUBJECT VEHICLE** approaches the victim business and parks out of camera sight. Two individuals' approach from the direction of the video. The clothing worn by the two individuals closely resembles the clothing worn by the two subjects who commit the robbery. The two individuals then leaves the victim store and walk toward the parked vehicle. The vehicle then moves from the parking place back into view of the camera and turns north-bound in an alleyway.

12

14.     St. Louis Metropolitan Police Department traffic camera captured the SUBJECT VEHICLE at the intersection of Oakland and Kingshighway at approximately 10:23 A.M. The location of the traffic camera is consistent with the direction of travel of the SUBJECT VEHICLE from the victim business. The traffic camera captured the following image of the **SUBJECT VEHICLE**:



15.     Based on the *modus operandi*, incident location, witness statements subject descriptions, and video evidence, Law Enforcement involved in investigating the above incidents believe these four armed robberies were committed by the same individual.

16.     On September 18, 2020 at approximately 14:15 P.M. the St Louis Regional Crime Stoppers organization, located at 7900 Forsyth Boulevard, Clayton, Missouri received an anonymous tip that the robberies at the Penn Station and Subway is a black male subject known as Kammeron C. **DAVIS**, date of birth June 2, 1990. The anonymous caller further stated **DAVIS**

13

did not have a current address but the last known location was 9506 Madeline Drive, Berkeley, Missouri, phone number associated with **DAVIS** was **(314) 320-1927**.

17.     A criminal history search revealed **DAVIS** had a prior felony armed robbery charge. On December 12, 2009 an armed robbery was committed at a Penn Station restaurant at 7321 South Lindbergh Boulevard, St. Louis County, Missouri. Per the police report a black male approximately 6' 0" tall wearing a black baseball cap with white lettering, a blue or purple bandanna pulled over his face, dark colored gloves, and a silver semi-automatic handgun. The Subject left the Penn Station and entered a dark colored Nissan Altima. The vehicle was spotted traveling northbound on Interstate 55. The Nissan was located crashed near the 3200 Block of Broadway. After a short foot pursuit **DAVIS** was taken into custody. **DAVIS** was found guilty of robbery 1st and sentenced to 10 years confinement starting July 15, 2011 in the 21st Circuit Court in Clayton Missouri.

18.     On September 01, 2020 Town and County Police Department received a report of a flourishing. The victim stated on August 27, 2020 a former employee Kammeron **DAVIS** pulled into the parking lot of Lutheran Hour Ministries driving a black Ford Focus with an Illinois Temp-Tag on the rear of the vehicle. Victim stated the Ford Focus eventually circled the lot for a second time and the vehicle stopped in the middle of the parking lot and the driver side window rolled down. Victim stated **DAVIS** appeared and pointed a handgun directly at him. Victim stated no words were exchanged and that **DAVIS** pointed the gun at him for a few moments and eventually drove away.

19.     On August 22, 2019 **DAVIS** was placed under field supervised release to Missouri Probation and Parole. On August 22, 2020 **DAVIS** completed his supervised released. **DAVIS**

14

provided his Missouri Probation and Parole supervising officer with the following information on August 19, 2020: current cell phone **(314) 320-1927**, last known address 4437 Fairfield Avenue, St. Louis, Missouri.

20.     Subscriber information provided by Metro PCS relative to phone number **(314) 320-1927** produced on September 29, 2020 revealed the subscriber and account details listed both Karen Sutton and Cammeron <sic> Davis as subscribers associated with the phone number. The account is currently open, with activation date October 16, 2019.

21.     Utility checks for Karen Sutton resolved an active account at 8420 Madeline Ave. St. Louis, Missouri, listed phone number (314) 745-5498.

22.     Based on the above information it is believed that **DAVIS** is the primary user of phone number **(314) 320-1927**.

23.     On September 26, 2020 Detective Andrei Nikolov working for the St. Louis City Police Department sent still surveillance photos of the light blue vehicle related to the ongoing investigation of the above armed robberies. The email was sent in an internal, department wide canvas in an attempt to identify the location of the vehicle.

24.     On September 29, 2020 a St. Louis City patrolman contacted Det. Nikolov stating the vehicle had been located at the intersection of Cottage Avenue and Vandeventer Avenue in St. Louis, Missouri. Site surveillance conducted by FBI Special Agent Bastian Freund located the vehicle. Photographs taken of the vehicle revealed a Missouri License plate of GD9 D7Y. Missouri Department of Revenue resolved the plate is registered to a 2007 Honda CRV expired April 4, 2020, registrant name and address Karen Sutton, 9506 Madelaine Manor Walk, Berkeley, Missouri. The patrolman with St. Louis Metropolitan Police Department retrieved the following

15

vehicle identification number (VIN) from the blue Chevrolet Cruze **1G1PC5SH9C7220280**. A picture of the vehicle is included below:



25.    Law Enforcement database checks for VIN **1G1PC5SH9C7220280** revealed the vehicle was stopped by Missouri State Highway Patrol on December 10, 2019. The vehicle was driven by a Myesah **WILLIAMS**, date of birth (DOB) November 30, 1995. The reason for the stop was speeding, seatbelt violation, and failure to register vehicle. Also noted there were no license plates on the vehicle at the time of the traffic stop. On December 28, 2019 the vehicle with vin **1G1PC5SH9C7220280** was stopped by Kirkwood Police Department for excessive speeding. The vehicle was driven by Myesha **WILLIAMS**, DOB 11/30/1995. During this traffic stop **WILLIAMS** provided a phone number of **(314) 827-1754**. Database checks for **WILLIAMS**

revealed a current address of 4249 Michigan Avenue Apt. 508, St. Louis, Missouri 63111. **WILLIAMS** therefore is believed to be the owner of **SUBJECT VEHICLE**.

26.     On October 06, 2020 Det. Christopher Koester swore out a historic cell site and precision location warrant for identified phone number **(314) 320-1927** associated to **DAVIS**. Information received from the historic cell site revealed the following information: the cellular device with assigned phone number **(314) 320-1927** is frequently in the tower sector which covers 4249 Michigan Avenue, St. Louis, MO. The top called and texted phone number for **(314) 320-1927** was **(314) 827-1754**. Between the time period of August 18, 2020 and October 5, 2020 there were a total of 380 voice calls and 1,327 text messages between the two numbers.

27.     Precision Location information related to phone number **(314) 320-1927** provided consistent tracking of the device for approximately three days. During this time period the device was frequently stationary at the **PREMISES**. Comparison of the precision location information provided by T-Mobile and license plate reader (LPR) for Missouri plate GD9 D7Y, most recently associated SUBJECT VEHICLE, revealed two occasions, October 8, 2020 and October 9, 2020 when the vehicle and the phone travel were consistent with one another.

28.     After approximately three days the reliability of the reporting significantly decreased. The device would turn off intermittently and eventually failed to report altogether.

29.     Review of the historic cell site location information relative to phone number **(314) 320-1927**, **DAVIS'** phone, had consistently used the Cell Tower providing service to the **PREMISES**. The tower was utilized more than any other tower per the available records, and was also utilized consistent with someone sleeping at the **PREMESIS**.

17

30.     On October 15, 2020 FBI St. Louis Division conducted physical surveillance on **PREMISES.** The SUBJECT VEHICLE was observed parked in the lot adjacent to the apartment building. During surveillance a female with pink hair was observed entering the SUBJECT VEHICLE at approximately 06:43 A.M. and traveled to the Quick Trip located at 904 S. Vandeventer Ave. St. Louis, Missouri. Missouri compensation report for WILLIAMS indicated current employment with the Quick Trip.

31.     On October 20, 2020 FBI S.A. Bastian Freund contacted the manager of the PREMISES. The manager voluntarily provided surveillance footage of the DAVIS leaving the building on October 19, 2020. Review of footage revealed **DAVIS** wearing a blue, faded jean vest with United States flag embroidery.

32.     Law enforcement reviewed publicly accessible social media sites in order to try and identify a profile belonging to **DAVIS**. Facebook profile "vanity" name Kamm Sutton, (https://www.facebook.com/kamm.sutton) was identified and, based on reviewing the profile photograph and other photographs and identifying information on the account page, it appears to be **DAVIS'** Facebook profile.

33.     On October 20, 2020 FBI analyst reviewed the Facebook profile "Kamm Sutton" and discovered three new photographs posted on October 18, 2020. The three pictures were of **DAVIS'** wearing a jean vest that closely resembled the vest worn by the male worn in the surveillance footage obtained from the **PREMISE**.

34.     On October 21, 2020 TFO Chris Koester received a Search Warrant to place a GPS tracker on the SUBJECT VEHICLE to enhance Law Enforcements capability to track **DAVIS'** pattern of life and current location. The GPS was successfully attached to the vehicle October 24,

2020. Review of the GPS information has confirmed the current place of residence for the vehicle operators is the **PREMISES**.

35.     On October 30, 2020 Law Enforcement contacted the management of Chapel View Apartments, the building where the **PREMISES** is located, to pull digital surveillance video. Video was obtained dated October 24, 2020 approximately 11:54 A.M. In the video a bald black male consistent with the height and size of **DAVIS** enters the building. GPS information from the car is corroborates the location of the vehicle was located at the **PREMISES**. The individual is wearing a grey hooded sweatshirt and black athletic pants. Visible on the pants is a white emblem on the upper thigh of the left leg. This article of clothing is consistent with the pants worn during the crime on September 13, 2020.  Below is a comparison of the video taken from the **PREMISES** and the armed robbery on September 13, 2020:






36.     The management at the Chapel Hill Apartment complex confirmed that the current occupant of the **PREMISES** is currently Myesha WILLIAMS; the apartment has been occupied by WILLIAMS since February, 2020 current cell phone on record **(314) 827-1754.**

## **CONCLUSION**

37.     Based on the foregoing I submit that this affidavit supports probable cause for a warrant to search the Premises described in Attachment A and seize the items described in Attachment B.

38.     I further request that the Court order that all papers in support of this application, including the affidavit and warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.   Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

I state under penalty of perjury the forgoing is true and correct.

Respectfully submitted,

_____  TFO    _11/09/2020_
CHRISTOPHER KOESTER
TFO
St. Louis County Police Dept/FBI

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 on the _9th___ day of November, 2020.

_____
HONORABLE STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

21

## ATTACHMENT A

*Property to be searched*

The property to be searched is the premises located at: **4249 Michigan Avenue Apartment 508, St. Louis, Missouri 63111** further described as single bedroom studio apartment and 2012 light blue Chevrolet Cruze bearing license plate number Missouri **GD9 D7Y** vehicle identification number **1G1PC5SH9C7220280.**



# Studio

🛏 Studio

🛋 1 bath

✂ 344 ft$^2$

Market Rent: $635

Deposit: $500

Availability: Please Call

**Check Availability**



*All utilities included in rental rate!*

## ATTACHMENT B

*Property to be seized*

1.       All records and information relating violations of **18 USC Section 1951** that constitutes fruits, evidence and instrumentalities of violations those violations involving **Kammeron Davis** and occurring on or after **13 September 2020** including:

      a.   Black handgun, ammunition and other firearms and weapons, receipts, supplies and equipment;

      b.   Maroon or red hat;

      c.   White and black tennis shoes;

      d.   Black slipper style shoes;

      e.   Black pants with zipper on the inside of the leg;

      f.   Black jacket with white logo on left chest area;

      g.   Black "doo-rag;"

      h.   Any cellular telephones;

      i.   United States Currency;

      j.   Wallet containing identification documents in the name K.D.;

      k.   Photographic evidence connected to the four, above-described robberies;

      l.   Records and items showing ownership, control, use, or access to the vehicle

      m.   Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including, but not limited to, utility and telephone bills, cancelled envelopes, rental or lease agreements and keys;